■ AUDRA HARRIS, a Minor, by Her Parent and Natural Guardian, CAROL HARRIS, et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 95287.) [771 NYS2d 432]—Appeal from a judgment of the Court of Claims (Donald J. Corbett, Jr.,

J.), entered October 10, 2002. The judgment dismissed the claim after a bifurcated trial on liability.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.